C. A. No. 1979. STATE *v.* CLARENCE SPIVEY. Motion of defendant to supplement the record is granted without prejudice

to right of the state to renew its objections at the hearing on the merits. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Allegra Munson,* Special Counsel, Public Defender Department, *Joseph M. Hall,* Asst. Public Defender, for defendant.